05 - 6 4 9 1M - 01-29

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. P-546997 |
| | : | |
| v. | : | Mag. Judge Alan Kay |
| | : | |
| ELLEN E. BARFIELD, et al., | : | Trial: November 16, 2005 |
| | : | |
| Defendants. | : | |

FILED

NOV 0 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## GOVERNMENT'S MOTION FOR LEAVE TO LATE FILE ITS
## MOTION *IN LIMINE*
## TO PRECLUDE AN AFFIRMATIVE DEFENSE OF NECESSITY

The United States, by and through its attorney, the United States Attorney for the

District of Columbia, respectfully moves the Court for leave to late file its Motion *in Limine* to

Preclude an Affirmative Defense of Necessity. In support of this motion, the United States

submits the following:

1.      Due to the large volume of cases assigned to this Assistant United States

Attorney and other administrative and trial responsibilities, written notification could not be

prepared earlier.

2.      The undersigned Assistant United States Attorney was unable to verify

until recently that most of the defendants are not represented, but are proceeding *pro se.*

3.      The defendants will not be prejudiced because the grounds for the

Government's Motion *in Limine* raises no novel issues, is otherwise routine, and would in any

case be the basis for a government objection at trial.

WHEREFORE, the United States respectfully requests that it be permitted to late file its Motion *in Limine* to Preclude an Affirmative Defense of Necessity.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

CATHARINE A. HARTZENBUSCH
ASSISTANT UNITED STATES ATTORNEY
Bar No. 450-194
555 Fourth Street, NW, Room 4233
Washington, DC 20530
(202) 353-8822
Catharine.Hartzenbusch@usdoj.gov

2