Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | 05 - 649 1M - 22 |
| vs. | Criminal No. P0571139 |
| Joseph A. Robbins (Pro Se) | |

## NOTICE OF APPEAL

Name and address of appellant:  Joseph A. Robbins
4505 31st Street
Mount Rainier, MD 20712

Name and address of appellant's attorney:  Defendant Pro Se

Offense:  **Demonstrating without a Permit**

Concise statement of judgment or order, giving date, and any sentence:

Guilty: 11/17/05
Judgment Entered:
$50 fine, $25 Administrative Fee

Name and institution where now confined, if not on bail:  N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

DATE  12/3/05

APPELLANT  *Joseph A. Robbins (JWM)*

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  ☐
CJA, NO FEE  ☐
PAID USDC FEE  ☐
PAID USCA FEE  ☐

Does counsel wish to appear on appeal?           YES ☐    NO ☐
Has counsel ordered transcripts?                  YES ☐    NO ✓
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES ☐    NO ✓

RECEIVED
DEC - 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT