UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHANIE ALLEN,<br>ANNA L. WHITE,<br>ANNAMARIA CALDARA,<br>CINDY SHEEHAN,<br>JOHN BARBER,<br>JOSEPH A. ROBBINS,<br>ANDREW C. SCHOERKE,<br>JOHN RODGERS,<br>ARTHUR WASKOW,<br>EVE L. TETAZ,<br><br>Appellants. | Case No. 05-MJ-00649-AK<br><br>FILED<br>FEB 0 2 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

It is hereby **ORDERED** that the Unopposed Motion for Extension of Time in which to File Appellant's Brief is **GRANTED**. Accordingly, appellants' briefs in support of their appeals shall be due on or before April 24, 2006. It is further

**ORDERED** that legal briefs submitted to the Court in this matter shall not exceed 25 pages, excluding appendices or attachments.

**SO ORDERED.**

February 2, 2006

Thomas F. Hogan
Chief Judge

(N)